**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NICOLE TOMMARAZZO, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 4:11-cv-00120-RAS |
| vs. | § | |
| | § | |
| ENHANCED RECOVERY | § | |
| COMPANY, LLC, | § | |
| Defendant | § | |

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

    Respectfully submitted,

    By: /s/Dennis R. Kurz
    Dennis R. Kurz
    Texas State Bar # 24068183
    Southern District Bar No. 1045205
    Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
Two Allen Center
1200 Smith Street
16th Floor
Houston, TX 77002
(888) 595-9111 ext. 412
(866) 842-3303 (fax)

## **CERTIFICATE OF SERVICE**

      I certify that on June 29, 2011, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division using the electronic case filing system of the court.

      /s/  Dennis R. Kurz
      Dennis R. Kurz